# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 36 MM 2018 |
|---|---|---|
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL PISKANIN JR, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2018, the Application for Leave to File Original Process is GRANTED. The "Petition for Emergency Relief Subject to PA Supreme Court Intervention," the Petition for Preliminary Relief, and the Motion for Preliminary Emergency Relief are DENIED. The Motion to Expedite is DISMISSED AS MOOT.